UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERLE L. ENNIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | No.  4:20 CV 434 CDP |

**MEMORANDUM AND ORDER**

Plaintiff Merle Ennis brings this action seeking judicial review of an adverse decision of the Social Security Administration.  The Commissioner of Social Security has not yet answered plaintiff's complaint.  The Commissioner now moves to stay this action, averring that the Social Security Administration's response to the global COVID-19 pandemic and resulting public health guidance and directives has caused it to suspend in-office services to the public, which includes the production of the administrative records required to adjudicate Social Security appeals such as this one.  The Commissioner therefore requests that this action be stayed until such time as he is able to produce a certified transcript of the record.  Plaintiff does not objection to the motion.  Upon consideration, I will deny the Commissioner's request to indefinitely stay this matter but will grant him additional time to answer plaintiff's complaint and submit the required administrative record.  If the

- 2 -

Commissioner later determines that additional time is required, he may, of course, file an another motion requesting appropriate relief.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Commissioner of Social Security's Motion for Stay of Proceedings [8] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner is granted sixty (60) days from the date his answer is due, up to and including **July 31, 2020**, to answer plaintiff's complaint and submit the administrative record.  In the event the administrative record is unable to be prepared and filed by this date, the Commissioner may file an appropriate motion seeking further relief.  Any such motion must be filed no later than **July 24, 2020**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2020.